IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ANTHONY VAN LONG,                    )
                                     )
       Plaintiff,                   )
                                     )
       v.                           )     1:22CV433
                                     )
GUILFORD COUNTY DETENTION            )
OF GREENDBORO,                       )
                                     )
       Defendant(s).                )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

       Plaintiff, a prisoner of the State of North Carolina, submitted a filing seeking to raise civil rights claims against the Guilford County Detention Center and an appointment of counsel to help him pursue that action. He also filed an application to proceed *in forma pauperis*. The Court treated Plaintiff's filing as a a civil rights action pursuant to 42 U.S.C. § 1983. Nevertheless, the form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1.     The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. See LR 7.1(d).

2.     Plaintiff does not name proper defendants or give sufficient addresses for them to be served. Plaintiff must name the persons who are actually responsible for the alleged violations of his constitutional rights. Instead, he lists only a building as a defendant.

       Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present

Complaint. To further aid Plaintiff, the Clerk is instructed to send Plaintiff new § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)). As for Plaintiff's request for counsel, it will be denied at this time without prejudice to him filing a motion for counsel if he files a proper action in this Court.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's request for counsel is denied and that that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Plaintiff § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited above.

This, the 15th day of June, 2022.

/s/ Joe L. Webster
United States Magistrate Judge