IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
ANTHONY VAN LONG,                )
                                 )
          Plaintiff,             )
                                 )
     v.                          )     1:22-cv-433
                                 )
GUILFORD COUNTY DETENTION        )
OF GREENSBORO,                   )
                                 )
          Defendant(s).          )
```

**ORDER**

This matter is before this court for review of the Order and Recommendation ("Recommendation") filed on June 15, 2022, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 3.) In the Recommendation, the Magistrate Judge recommends that this action be dismissed without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the current Complaint. (Id.) The Recommendation was served on the Petitioner on June 15, 2022. (Doc. 4.) Plaintiff filed Objections to the Recommendation. (Docs. 5.)

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject,

or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the Recommendation as well as Plaintiff's Objections and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action be filed, and is hereby, **DISMISSED** sua sponte without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects the Recommendation identified.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 29th day of March, 2023.

_____
United States District Judge

- 2 -

Case 1:22-cv-00433-WO-JLW   Document 6   Filed 03/29/23   Page 2 of 2